# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0361
LT Case No. 2017-32180-CICI

_____

THOMAS C. MCGILL, TRUSTEE for
the EMERGO LIVING TRUST,
EMERGO LIVING TRUST, and
JUDGE PHILLIPS A/K/A JUDGE T.
PHILLIPS, III,

    Appellants,

    v.

U.S. BANK, N.A., SUCCESSOR to
BANK of AMERICAN, N.A.,
SUCCESSOR in INTEREST to
LaSALLE BANK N.A., as TRUSTEE
ON BEHALF of the HOLDERS of
WASHINGTON MUTUAL
MORTGAGE PASS-THROUGH
CERTIFICATES WMALT SERIES
2007-A05,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Niles B. Whitten, of The Law Office of Niles B. Whitten, PLLC,
Gainesville, for Appellants.

Danielle N. Waters and Jonathan M. Sykes, of Nardella &
Nardella, PLLC, Orlando, for Appellees.

January 27, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____